UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KEVIN COHNEN, individually and on behalf
of all others similarly situated;
    Plaintiff,

v.                        CASE NO.: 2:18-cv-13961

TENAGLIA & HUNT, P.A.

JOHN DOES 1-25

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 8, 2020

| For Plaintiff Kevin Cohnen | For Defendant Tenaglia & Hunt, P.A. |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | /s/ Lawrence J. Bartel, III<br>Lawrence J. Bartel, III<br>Gordon Rees Scully Mansukhani, LLP<br>Three Logan Square<br>1717 Arch street. Suite 610<br>Philadelphia, PA 19103<br>Ph: (215) 717-4022<br>lbartel@grsm.com |

## **CERTIFICATE OF SERVICE**

    I certify that on January 8, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Yaakov Saks*
                                                    Yaakov Saks
                                                    **Stein Saks, PLLC**
                                                    285 Passaic Street
                                                    Hackensack, NJ 07601
                                                    *Attorneys for Plaintiff*